**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LEO GARCIA, individually and on behalf of all
others similarly situated,

                                                    **DEFAULT JUDGMENT**
                    Plaintiff,                    CV 17-6531 (JMA)(AYS)

      - against -

ACCELERATED SERVICING GROUP, LLC.,

                    Defendant.
------------------------------------------------------------------X

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on April 30, 2019, granting plaintiff's motion for default judgment against defendant; directing the Clerk of the Court to enter judgment against defendant as follows: Defendant Accelerated Servicing Group, LLC is liable to plaintiff Leo Garcia for $500.00 in statutory damages, and $5,325.00 in attorneys' fees and costs, for a total award of $5,825.00; and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Leo Garcia's motion for default judgment against defendant Accelerated Servicing Group, LLC is granted; that defendant Accelerated Servicing Group, LLC is liable to plaintiff Leo Garcia for $500.00 in statutory damages, and $5,325.00 in attorneys' fees and costs, for a total award of $5,825.00; and that this case is closed.

Dated: Central Islip, New York
         April 30, 2019

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT
                                        BY:   /S/ JAMES J. TORITTO
                                                          DEPUTY CLERK